**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-6776**

_____

CURTIS E. CRAWFORD,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF PRISONS; JOSEPH M. BROOKS,
Warden,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (CA-04-218-2)

_____

Submitted:  June 10, 2004              Decided:  June 21, 2004

_____

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Curtis E. Crawford, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis E. Crawford appeals the district court's orders dismissing his complaint filed under the Federal Torts Claim Act pursuant to 28 U.S.C. § 1915A(b)(1) (2000), for failure to state a claim and dismissing his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Crawford v. Fed. Bureau of Prisons</u>, No. CA-04-218-2 (E.D. Va. Apr. 26, 2004; Apr. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>